IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **LILIAN ALESSA,** | |
|     **Plaintiff,** | |
| vs. | |
| **THOMAS W. HARKER**<br>**In his official capacity as**<br>    **Acting Secretary of the Navy,**<br>    **et al.,** | Case No. 8:21-cv-00924-DLB |
|     **Defendants.** | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please note the withdrawal of Geoffrey T. Hervey and the law firm of Bregman, Berbert, Schwartz & Gilday, LLC as counsel for the Plaintiff in this case. Undersigned counsel entered his appearance in order to serve as local counsel. Other counsel admitted to practice before this court is now acting as counsel for the Plaintiff in this case.

Respectfully submitted,

BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC

By: _____
Geoffrey T. Hervey, #04243
7315 Wisconsin Ave., Suite 800 West
Bethesda, Maryland 20814
301-656-2707 tel.
301-961-6525 fax
ghervey@bregmanlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 15, 2022, the foregoing paper was filed electronically via the Court's ECF system, which sent copies of the paper to all counsel of record.

_____
Geoffrey T. Hervey